**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER DENYING DEFENDANT'S REQUEST** |
| | ) | **FOR FURLOUGH** |
| vs. | ) | |
| | ) | |
| Justin Robert Beston, | ) | |
| | ) | Case No. 4:07-cr-109 |
| Defendant. | ) | |

_____

The defendant, Justin Robert Beston ("Beston"), made his initial appearance in the above-entitled action on December 13, 2007. Upon receipt of Beston's signed waiver of his right to a detention hearing, the court ordered him detained pending final disposition of this matter. He is presently incarcerated in Rugby, North Dakota, at the North Central Correctional and Rehabilitation Center.

On July 15, 2008, Beston filed a Request for Furlough. He asks that he be temporarily released from custody so that he may attend his father's wake and funeral in Dunseith, North Dakota, on July 17, 2008.

Although the court sympathizes with Beston, it is not inclined to grant his request given his extensive criminal history, the nature of his pending charges (second degree murder and assault resulting in serious bodily injury), and his risk of flight. Further, it is against the policy of the United States Marshal's Service to transport and supervise persons held in custody for this purpose. Beston's Request for Furlough (Docket No. 41) is therefore **DENIED**.

**IT IS SO ORDERED.**

Dated this 16th day of July, 2008.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court